No. 96–7812.   RAMOS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 96–7813.   PHILIPS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 96–7814.   SINDRAM v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 96–7816.   PACHECO-MALDONADO v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 96–7817.   PETERS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 96–7819.   ALSTON v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 96–7821.   TIMBER ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 96–7825.   IVY v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 96–7828.   MORRISON v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 96–7834.   CRITE v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 96–7835.   PIELECH ET AL. v. MASSASOIT GREYHOUND, INC. Sup. Jud. Ct. Mass.   Certiorari denied.

No. 96–7836.   MOORE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 96–7837.   JACKSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 96–7838.   MARKS, AKA BUSH, AKA YOUNG, AKA HANSEN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 96–7846.   DOUGLAS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.